No. 93-8530.  PAYNE *v.* ESCAMBIA COUNTY SHERIFF.  C. A. 11th Cir.  Certiorari denied.

No. 93-8532.  MEDINA *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93-8533.  WILSON *v.* SANDERS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93-8537.  DRAPER *v.* GUNN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93-8538.  LUCERO *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93-8541.  D'AMARIO *v.* O'NEIL, ATTORNEY GENERAL OF RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 93-8548.  WILLIAMS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 93-8560.  FRANKLIN *v.* ENNIS POLICE DEPARTMENT ET AL. C. A. 5th Cir.  Certiorari denied.

No. 93-8561.  REYNOLDS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93-8566.  WALKER *v.* JONES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 93-8567.  TUCKER *v.* NINK, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93-8568.  TOY *v.* FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 93-8574.  LEWIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93-8584.  DUKOVICH *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93-8588.  EWELL ET AL. *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.